**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| COMMUNITY VOCATIONAL SCHOOLS OF PITTSBURGH, INC., a corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) | No.  2:09-CV-01572-JFC |
| Plaintiff, | ) ) | Judge Joy Flowers Conti |
| v. | ) ) | |
| MILDON BUS LINES INC., a Pennsylvania corporation, | ) ) | **Electronically Filed** |
| Defendant. | ) ) ) | |

**MOTION FOR ADMISSION *PRO HAC VICE*
FOR ATTORNEY PHILLIP A. BOCK**

David J. Manogue, Esquire, a member of the Bar of the United States District Court for the Western District of Pennsylvania, hereby moves this Honorable Court to admit Phillip A. Bock *pro hac vice* to participate in this case.

1.      Phillip A. Bock is an attorney and the manager of Bock & Hatch, LLC, 134 N. LaSalle Street, Suite 1000, Chicago, Illinois 60602.  As evidence by the attached Affidavit, Phillip A. Bock is a member in good standing of the Bar of the State of Illinois.

2.      Phillip A. Bock has extensive experience in class actions and complex litigation. Phillip A. Bock's admission *pro hac vice* will significantly assist plaintiff in prosecuting this class action.

3.      Phillip A. Bock is conversant or will become conversant with the Local Rules of Civil Procedure of the United States District Court for the Western District of Pennsylvania, and will abide by those rules.

4.      Phillip A. Bock registered to use Electronic Case Filing ("ECF") in the Western District of Pennsylvania on March 15, 2010 and wishes to be admitted *pro hac vice* for all purposes in this matter.

WHEREFORE, the above mentioned party respectfully requests this Court to grant the Motion for Admission *Pro Hac Vice* of Attorney Phillip A. Bock.  A proposed Order of Court is attached.

Dated:  March 18, 2010

**SPECTER SPECTER EVANS & MANOGUE, P.C.**

By:  s/David J. Manogue_____
        David J. Manogue (PA ID No. 42119)

The 26th Floor Koppers Building
436 Seventh Avenue
Pittsburgh, Pennsylvania 15219
Telephone: 412-642-2300
Facsimile: 412-642-2309

***ATTORNEYS FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned, David J. Manogue, Esquire, hereby certifies that he served a true and correct copy of the Motion for Admission *Pro Hac Vice* for Attorney Phillip A. Bock on counsel of record by electronic mail using the Court's Electronic Case Filing System.


Dated:  March 18, 2010                          s/David J. Manogue            .
                                                                David J. Manogue