IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMUNITY VOCATIONAL SCHOOLS OF PITTSBURGH, INC., a corporation, individually and as the representative of a class of similarly situated persons, | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 2:09-cv-01572-JFC  Judge Joy Flowers Conti  **Electronically Filed** |
| Plaintiff, | | |
| v. | | |
| MILDON BUS LINES INC., a Pennsylvania corporation, | | |
| Defendant. | | |

**MOTION FOR ADMISSION *PRO HAC VICE*
FOR ATTORNEY BRIAN J. WANCA**

David J. Manogue, Esquire, a member of the Bar of the United States District Court for the Western District of Pennsylvania, hereby moves this Honorable Court to admit Brian J. Wanca *pro hac vice* to participate in this case.

1. Brian J. Wanca is a partner with Anderson + Wanca, 3701 Algonquin Road, Suite 760, Rolling Meadows, Illinois 60008. As evidenced by the attached Affidavit, Brian J. Wanca is a member in good standing of the Bar of the State of Illinois.

2. Brian J. Wanca has extensive experience in class actions and complex litigation. Brian J. Wanca's admission *pro hac vice* will significantly assist plaintiff in prosecuting this class action.

3. Brian J. Wanca is conversant or will become conversant with the Local Rules of Civil Procedure of the United States District Court for the Western District of Pennsylvania, and will abide by those Rules.

4. Brian J. Wanca registered to use Electronic Case Filing ("ECF") in the Western District of Pennsylvania on June 16, 2010 and wishes to be admitted *pro hac vice* for all purposes in this matter.

WHEREFORE, the above mentioned party respectfully requests this Court to grant the Motion for Admission *Pro Hac Vice* of Attorney Brian J. Wanca. A proposed Order of Court is attached.

Dated: June 17, 2010                    **SPECTER SPECTER EVANS**
                                                **& MANOGUE, P.C.**


                                        By: s/David J. Manogue                    .
                                             David J. Manogue (PA ID No. 42119)

                                        The 26th Floor Koppers Building
                                        436 Seventh Avenue
                                        Pittsburgh, Pennsylvania  15219
                                        Telephone: 412-642-2300
                                        Facsimile: 412-642-2309

                                        ***ATTORNEYS FOR PLAINTIFF***

2

## CERTIFICATE OF SERVICE

The undersigned, David J. Manogue, Esquire, hereby certifies that he served a true and correct copy of the Motion for Admission *Pro Hac Vice* for Attorney Brian J. Wanca on counsel of record by electronic mail using the Court's Electronic Case Filing System.

Dated:  June 17, 2010                                         s/David J. Manogue          .
                                                                             David J. Manogue