IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMUNITY VOCATIONAL SCHOOLS OF PITTSBURGH, INC., a corporation, individually and as the representative of a class of similarly situated persons,<br><br>                      Plaintiff,<br>v.<br><br>MILDON BUS LINES INC., a Pennsylvania corporation,<br><br>                      Defendant. | No. 2:09-cv-01572-JFC<br><br>Judge Joy Flowers Conti<br><br>**Electronically Filed** |

### MOTION FOR ADMISSION *PRO HAC VICE* FOR ATTORNEY DEBORAH S. BUSSERT

David J. Manogue, Esquire, a member of the Bar of the United States District Court for the Western District of Pennsylvania, hereby moves this Honorable Court to admit Deborah S. Bussert *pro hac vice* to participate in this case.

1.    Deborah S. Bussert is an attorney with the law firm of Anderson + Wanca, 3701 Algonquin Road, Suite 760, Rolling Meadows, Illinois 60008. As evidenced by the attached Affidavit, Deborah S. Bussert is a member in good standing of the Bar of the State of Illinois.

2.    Deborah S. Bussert has extensive experience in class actions and complex litigation. Deborah S. Bussert's admission *pro hac vice* will significantly assist plaintiff in prosecuting this class action.

3.    Deborah S. Bussert is conversant or will become conversant with the Local Rules of Civil Procedure of the United States District Court for the Western District of Pennsylvania, and will abide by those Rules.

1

4.	Deborah S. Bussert registered to use Electronic Case Filing ("ECF") in the Western District of Pennsylvania on July 13, 2010 and wishes to be admitted *pro hac vice* for all purposes in this matter.

WHEREFORE, the above mentioned party respectfully requests this Court to grant the Motion for Admission *Pro Hac Vice* of Attorney Deborah S. Bussert.  A proposed Order of Court is attached.

Dated: July 14, 2010	**SPECTER SPECTER EVANS & MANOGUE, P.C.**

By:  s/ David J. Manogue              .
	David J. Manogue (PA ID No. 42119)

The 26th Floor Koppers Building
436 Seventh Avenue
Pittsburgh, Pennsylvania  15219
Telephone: 412-642-2300
Facsimile: 412-642-2309

*ATTORNEYS FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

The undersigned, David J. Manogue, Esquire, hereby certifies that he served a true and correct copy of the Motion for Admission *Pro Hac Vice* for Attorney Deborah S. Bussert on counsel of record by electronic mail using the Court's Electronic Case Filing System.

Dated:  July 14, 2010

s/ David J. Manogue
David J. Manogue
