**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| COMMUNITY VOCATIONAL SCHOOLS OF PITTSBURGH, INC., a corporation, individually and as the representative of a class of similarly situated persons, | ) ) ) ) | No.  2:09-cv-01572-JFC |
| | ) | Judge Joy Flowers Conti |
| Plaintiff, | ) | |
| v. | ) ) | **Electronically Filed** |
| MILDON BUS LINES INC., a Pennsylvania corporation, | ) ) ) | |
| Defendant. | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE*
FOR ATTORNEY RYAN M. KELLY**

David J. Manogue, Esquire, a member of the Bar of the United States District Court for the Western District of Pennsylvania, hereby moves this Honorable Court to admit Ryan M. Kelly *pro hac vice* to participate in this case.

1.     Ryan M. Kelly is an attorney with the law firm of Anderson + Wanca, 3701 Algonquin Road, Suite 760, Rolling Meadows, Illinois  60008.  As evidenced by the attached Affidavit, Ryan M. Kelly is a member in good standing of the Bar of the State of Illinois.

2.     Ryan M. Kelly has extensive experience in class actions and complex litigation. Ryan M. Kelly's admission *pro hac vice* will significantly assist plaintiff in prosecuting this class action.

3.     Ryan M. Kelly is conversant or will become conversant with the Local Rules of Civil Procedure of the United States District Court for the Western District of Pennsylvania, and will abide by those Rules.

1

4.      Ryan M. Kelly registered to use Electronic Case Filing ("ECF") in the Western District of Pennsylvania on March 29, 2011 and wishes to be admitted *pro hac vice* for all purposes in this matter.

WHEREFORE, the above mentioned party respectfully requests this Court to grant the Motion for Admission *Pro Hac Vice* of Attorney Ryan M. Kelly.  A proposed Order of Court is attached.

Dated: April __5__ , 2011                              **SPECTER SPECTER EVANS**
                                                       **& MANOGUE, P.C.**


                                                       By: s/David J. Manogue                    .
                                                             David J. Manogue (PA ID No. 42119)

                                                       The 26th Floor Koppers Building
                                                       436 Seventh Avenue
                                                       Pittsburgh, Pennsylvania  15219
                                                       Telephone: 412-642-2300
                                                       Facsimile: 412-642-2309

                                                       ***ATTORNEYS FOR PLAINTIFF***

2

## **CERTIFICATE OF SERVICE**

The undersigned, David J. Manogue, Esquire, hereby certifies that he served a true and correct copy of the Motion for Admission *Pro Hac Vice* for Attorney Ryan M. Kelly on counsel of record by electronic mail using the Court's Electronic Case Filing System.

Dated:  April __*5*__, 2011

s/David J. Manogue_____
David J. Manogue