IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMUNITY VOCATIONAL SCHOOLS OF PITTSBURGH, INC., a corporation, individually and as the representative of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>MILDON BUS LINES INC., a Pennsylvania corporation,<br><br>Defendant. | No. 2:09-cv-01572-JFC<br><br>Chief Judge Joy Flowers Conti<br><br>**Electronically Filed** |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JEFFREY A. BERMAN

JEFFREY A. BERMAN, undersigned counsel for Plaintiff, Community Vocational Schools of Pittsburgh, Inc., hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiff in the above-captioned matter pursuant to LCvR 83.2 and LCvR83.3 and this Court's Standing Order Regarding Pro Hac Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of tis motion, undersigned counsel attached the Affidavit for Admission Pro Hac Vice of Jeffrey A. Berman filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

September 27, 2016　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　s/Jeffrey A. Berman
　　　　　　　　　　　　　　　　　　　Jeffrey A. Berman
　　　　　　　　　　　　　　　　　　　Anderson + Wanca
　　　　　　　　　　　　　　　　　　　3701 Algonquin Road, Suite 500
　　　　　　　　　　　　　　　　　　　Rolling Meadows, IL  60008
　　　　　　　　　　　　　　　　　　　Telephone: 847-368-1500
　　　　　　　　　　　　　　　　　　　jberman@andersonwanca.com