IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMUNITY VOCATIONAL SCHOOLS OF PITTSBURGH, INC., a corporation, individually and as the representative of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>MILDON BUS LINES INC., a Pennsylvania corporation,<br><br>Defendant. | No. 2:09-cv-01572-JFC<br><br>Chief Judge Joy Flowers Conti<br><br>**Electronically Filed** |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ROSS M. GOOD

ROSS M. GOOD, undersigned counsel for Plaintiff, Community Vocational Schools of Pittsburgh, Inc., hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiff in the above-captioned matter pursuant to LCvR 83.2 and LCvR83.3 and this Court's Standing Order Regarding Pro Hac Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Ross M. Good filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

September 29, 2016

Respectfully submitted,

s/Ross M. Good
Ross M. Good
Anderson + Wanca
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone: 847-368-1500
rgood@andersonwanca.com