IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMUNITY VOCATIONAL SCHOOLS OF PITTSBURGH, INC., a corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) | No. 2:09-CV-01572-JFC |
| | ) | Judge Joy Flowers Conti |
| Plaintiff, | ) ) | |
| v. | ) | **Electronically Filed** |
| MILDON BUS LINES INC., a Pennsylvania corporation, | ) ) ) | |
| Defendant. | | |

## MOTION FOR ADMISSION *PRO HAC VICE* FOR ATTORNEY TOD A. LEWIS

David J. Manogue, Esquire, a member of the Bar of the United States District Court for the Western District of Pennsylvania, hereby moves this Honorable Court to admit Tod A. Lewis to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff Community Vocational Schools of Pittsburgh, Inc. in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Tod A. Lewis filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

WHEREFORE, the above mentioned party respectfully requests this Court to grant the Motion for Admission *Pro Hac Vice* of Attorney Tod A. Lewis. A proposed Order of Court is attached.

2

Dated: April 5, 2017								**MANOGUE LAW, P.C.**


									By: s/ David J. Manogue
									David J. Manogue (PA ID No. 42119)

									5739 Meridian Road Rear
									Gibsonia, PA  15044
									Telephone: 724-816-9757

									***ATTORNEYS FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By: s/ David J. Manogue
One of the Attorneys for Plaintiff
