IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMUNITY VOCATIONAL SCHOOLS OF PITTSBURGH, INC.**, a corporation, individually and as the representative of a class of similarly situated persons,<br><br>       Plaintiff,<br><br>    v.<br><br>**MILDON BUS LINES, INC.,** a Pennsylvania corporation,<br><br>       Defendant/ Third Party Plaintiff,<br><br>    v.<br><br>**CAROLINE ABRAHAM** and **JOEL ABRAHAM**,<br><br>       Third Party Defendants. | CIVIL ACTION NO. 09-1572 |

## ORDER

AND NOW this 16th day of April, 2018, upon consideration of plaintiff Community Vocational Schools' motion for reconsideration, (ECF No. 120), brief in support thereof (ECF No. 122), and defendant Mildon Bus Lines, Inc.'s brief in opposition, (ECF No. 126), IT IS HEREBY ORDERED that for the reasons set forth in the accompanying memorandum opinion, the motion is DENIED.

                                             **BY THE COURT:**

                                             */s/* Joy Flowers Conti
                                             Joy Flowers Conti
                                             Chief United States District Judge