IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMUNITY VOCATIONAL SCHOOLS OF PITTSBURGH, INC., a corporation, individually and as the representative of a class of similarly-situated persons,<br><br>                   Plaintiff,<br>v.<br><br>MILDON BUS LINES, INC., a Pennsylvania corporation,<br><br>                   Defendant. | No. 09-cv-01572-JFC<br><br>Judge Joy Flowers Conti |

### MOTION FOR ADMISSION *PRO HAC VICE* FOR ATTORNEY DAVID M. OPPENHEIM

I, David M. Oppenheim, hereby move this Honorable Court to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff Community Vocational Schools of Pittsburgh, Inc. in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3.

I have extensive experience in class actions and complex litigation. My admission pro hac vice will significantly assist plaintiff in prosecuting this class action. I am conversant with the Local Rules of Civil Procedure of the United States District Court for the Western District of Pennsylvania, and will abide by those rules. I am registered to use Electronic Case Filing in this Court. In support of this motion, I attach the Affidavit for Admission *Pro Hac Vice* of David M. Oppenheim filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

WHEREFORE, the above mentioned party respectfully requests this Court grant the Motion for Admission *Pro Hac Vice* of Attorney David M. Oppenheim. A proposed Order of Court is attached.

Dated: June 17, 2019 By: s/ David M. Oppenheim
David M. Oppenheim

BOCK, HATCH, LEWIS & OPPENHEIM, LLC
134 N. LaSalle St., Ste. 1000
Chicago, IL 60602
Tel: 312-658-5500
Fax: 312-658-5555
service@classlawyers.com

***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By: s/ David M. Oppenheim<br>
One of the Attorneys for<br>
Plaintiff