IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMUNITY VOCATIONAL SCHOOLS OF PITTSBURGH, INC., a corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) | |
| Plaintiff, | ) | No. 09-cv-01572-JFC |
| v. | ) ) | Judge Joy Flowers Conti |
| MILDON BUS LINES, INC., a Pennsylvania corporation, | ) ) ) | |
| Defendant. | ) | |

### AGREED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff, Community Vocational Schools of Pittsburgh, Inc. ("Plaintiff"), on behalf of itself and a proposed settlement class of similarly-situated persons (identified herein as the "Settlement Class"), respectfully requests, pursuant to Fed. R. Civ. P. 23 (e), that the Court enter an order finally approving the parties' proposed class action Settlement Agreement (the "Agreement") attached to Plaintiff's supporting brief as Exhibit A. The proposed Final Approval Order will also be submitted to the Court electronically. This motion is unopposed.

Plaintiff has filed a brief in support of this motion.

1

Respectfully submitted,

COMMUNITY VOCATIONAL
SCHOOLS OF PITTSBURGH, INC.

Dated: September 30, 2019

By: /s/ David M. Oppenheim
One of plaintiff-appellant's attorneys

| | |
|---|---|
| John C. Evans | Phillip A. Bock (*pro hac vice*) |
| David J. Manogue | David M. Oppenheim (*pro hac vice*) |
| SPECTER SPECTER EVANS & MANOGUE, P.C. | BOCK, HATCH, LEWIS & OPPENHEIM, LLC |
| Koppers Building | 134 N. La Salle St., Ste. 1000 |
| 436 Seventh Avenue | Chicago, IL 60602 |
| Pittsburgh, PA 15219 | T: (312) 658-5500 |
| T: (412) 642-2300 | F: (312) 658-5555 |
| F: (412) 642-2309 | phil@classlawyers.com |
| | david@classlawyers.com |

Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Ste. 500
Rolling Meadows, IL 60008
T: (847) 368-1500
F: (847) 368-1501

*Attorneys for Plaintiff-Appellant*

2

## CERTIFICATE OF E-FILING AND SERVICE

    I hereby certify that on May 13, 2019, I electronically filed the foregoing using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.

                                                  /s/ David M. Oppenheim